# Third District Court of Appeal

## State of Florida

Opinion filed January 5, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1014
Lower Tribunal No. 20-12004
_____

## Scottsdale Insurance Company,
Appellant,

vs.

## Investments Specialist Enterprises, Inc., et al.,
Appellees.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Hinshaw & Culbertson LLP, James H. Wyman, Ronald L. Kammer and Joseph V. Manzo, for appellant.

Alvarez, Feltman, Da Silva & Costa, PL, and Paul B. Feltman, for appellees.


Before LOGUE, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed.